AO 93B (Rev. 11/13) Anticipatory Search and Seizure Warrant (Page 2)

## Return

| Case No.: 22-280 | Date and time warrant executed: 2/22/22  3:00PM | Copy of warrant and inventory left with: left in residence |
|---|---|---|

Inventory made in the presence of: C. McMurtrie, USPIS   L. Weekerly, USPIS

Inventory of the property taken and name of any person(s) seized:

Please see attached search warrant inventory forms (2 pages)

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/22/22

*Executing officer's signature*

Candice McMurtrie, Postal Inspector
*Printed name and title*

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: Terry Tabor    Date: 2/22/22

Subject Address: 551 Route 110 Hwy, Indiana, PA    Floor/Room No. _____

Inspector(s): McMurtrie    Case No. _____

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Shelf: _____ Table: _____ Wall: _____ Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 4 | Notebooks/paper with dollar amounts - DR |
| 1 | Bag full of blue pills - Rm L |
| 1 | Bag of brown powders - Rm L |
| 1 | Bag of misc. pills - Rm L |
| 1 | Bag of suspected LSD tabs/pills - Rm L |
| 1 | Bag of unknown powders - Rm L |
| 1 | Bag of U.S. Currency - Rm L |
| 1 | Bag of suspected manitol - Rm L |
| 2 | Bags of suspected marijuana/THC - Rm L |
| 1 | Bag of suspected mushrooms - Rm L |
| 4 | Bags of suspected methamphetamine - Rm L |
| 1 | Bag suspected steroids - Rm L |
| 1 | Card containing suspected LSD - Rm L |
| 1 | International parcels containing GPS devices - Rm L |
| 1 | Envelope addressed to Tabor - Rm L |
| 1 | Bag of suspected cocaine - Rm L |
| 1 | Bag of misc. documents - Rm L |
| 1 | Money counter - Rm I |
| 1 | Potential narcotics wrapping - Rm B |

DISTRIBUTION OF COPIES:  White- U.S. Magistrate (Return with Warrant)
Yellow- Inspector (Attach to PS Form 714)
Pink- Subject Searched
Green- Evidence Control Officer (Attach to PS Form 714)

Page 1 of 2 pages

PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: Terry Tabor  
Date: 2/22/22  
Subject Address: 551 Route 110 Hwy, Indiana, PA  
Floor/Room No. _____  
Inspector(s): McMurtrie  
Case No. _____

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Shelf: _____ Table: _____ Wall: _____ Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | Bag of cocaine testing kits - Rm D |
| 1 | Bag of white pills - Rm D |
| 1 | Bag of US Currency - Rm D |
| 1 | Misc. documents - Rm D |

Nothing to follow

DISTRIBUTION OF COPIES: White-*U.S. Magistrate (Return with Warrant)*  
Yellow-*Inspector (Attach to PS Form 714)*  
Pink-*Subject Searched*  
Green-*Evidence Control Officer (Attach to PS Form 714)*

Page 2 of 2 pages

PS Form 8164, October 1993