IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | **CRIMINAL NO.  22-77** |
| | ) | |
| v. | ) | |
| **TERRY TABOR,** | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

AND NOW, this 26th day of October, 2022, for the reasons set forth in the accompanying opinion, IT IS HEREBY ORDERED that the motion to suppress evidence filed by defendant Terry Tabor (ECF No. 37) is **DENIED**.

A telephone conference is scheduled for November 10, 2022 at 2:30 p.m., to discuss the procedural status of the case.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Judge