IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-77 |
| TERRY TABOR | |

APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Terry Tabor, USMS: 93310-509, Year of Birth: 1960, White, Male.

2. Detained by: Indiana County Jail, 665 Hood School Rd., Indiana, PA 15701.

3. Detainee is charged in this district by Indictment, charging detainee with violating Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii) and 841(b)(1)(B)(ii).

4. Detainee is presently confined in the Indiana County Jail, Indiana, PA, awaiting a disposition of state charges.

5. The above case is set for Change of Plea at Pittsburgh, PA on November 10, 2022, at 2:30 p.m., and it shall therefore be necessary for detainee to be present in Court at that time.

s/ Jonathan D. Lusty
JONATHAN D. LUSTY
Assistant U.S. Attorney
PA ID No. 311180

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

DATE                                                    UNITED STATES DISTRICT JUDGE

cc:     United States Attorney